UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
ROBERT TRAMUTA and
CHRISTIAN MULGREW,

        Plaintiffs,

   -against-                           ORDER
                                            05 CV 1236 (ILG) (CLP)

CITY OF NEW YORK, et al.,

        Defendants.
------------------------------------------------------x
GLASSER, United States District Judge:

      In a Report and Recommendation dated September 6, 2006, Magistrate Judge Pollak recommends that this action be dismissed as to plaintiff Mulgrew for failure to prosecute and that objections to it, if any, were to be filed and served within ten days; and that failure to do so would be regarded as a waiver of the right to appeal. As of this date, no objection has been filed.

      The Report and Recommendation is, after due consideration, hereby adopted in its entirely and the Clerk of Court is directed to dismiss the case as to plaintiff Christian Mulgrew.

      SO ORDERED.

Dated:     Brooklyn, New York
             October 11, 2006

                                                            S/

                                                             I. Leo Glasser